[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
July 13, 2006
THOMAS K. KAHN
CLERK

No. 05-15102
Non-Argument Calendar

_____

D. C. Docket No. 02-00193-CR-J-32-MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

THOMAS GLEN LEWIS,
a.k.a. Steven J. McDonald,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(July 13, 2006)**

Before BLACK, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

W. Charles Fletcher, appointed counsel for Thomas Lewis in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Lewis's supervised release, as well as the accompanying sentence, are **AFFIRMED**. Appellant's motion to proceed <u>pro se</u> is **DENIED AS MOOT**.